# United States District Court
# Eastern District of California

FELIX SOTO VILLEGAS

Plaintiff(s)

V.

MARKWAYNE MULLIN, et al.

Defendant(s)

Case Number: 1:26-cv-9196

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nera Shefer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Felix Soto Villegas

On 09/21/2004 (date), I was admitted to practice and presently in good standing in the Supreme Court of Florida (The Florida Bar) (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Gonzalez Hernandez v. Mullin, 1:26-cv-08745-VC; applied 10/24/2026; granted 10/27/2026

Ramirez Bernal v. Mullin, 1:26-cv-04104-DAD-CSK, applied 5/28/2026, granted; Orihuela Blas v. Noem, 1:26-cv-01431-TLN-DMC, applied 2/18/2026, granted

Date: 11/05/2026 Signature of Applicant: /s/ Nera Shefer

**Pro Hac Vice Attorney**

Applicant's Name: Nera Shefer

Law Firm Name: Shefer Law Firm, P.A.

Address: 800 SE 4th Ave, #803

City: Hallandale Beach State: FL Zip: 33009

Phone Number w/Area Code: (786) 295-9077

City and State of Residence:

Primary E-mail Address: nera@shefer.legal

Secondary E-mail Address: nes@alianzasusa.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Erika Vejar

Law Firm Name: Vejar Law Firm

Address: 373 East Foothill Boulevard

Suite 100

City: San Dimas State: CA Zip: 91773

Phone Number w/Area Code: (909) 394-2314 Bar # 255755

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/9/2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 0814121
Nera Shefer
Shefer Law Firm/Alianza Americas USA
800 SE 4TH AVE SUITE 803
HALLANDALE, FL 33009

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 21, 2004**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 2nd day of **September, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-432778